UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKSON AMEPEROSA, | No. 2:23-cv-2620 AC |
| Plaintiff, | |
| v. | ORDER |
| FEDEX OFFICE AND PRINT SERVICES, INC., | |
| Defendant. | |

The action is before the undersigned for all purposes pursuant to the parties' consent. ECF No. 7.  On July 15, 2025, a pretrial conference was set for September 3, 2025, and the parties were notified that they were required to file a status report one week in advance (due August 27, 2025).  ECF No. 12.  The parties did not file the required report or take any other action.  Indeed, the parties have not taken any action at all in this case since filing their initial scheduling report more than a year ago, on May 2, 2024.  ECF No. 9.  The court is concerned that this case has been abandoned.

Good cause appearing, IT IS HEREBY ORDERED that the pretrial status conference set for September 3, 2025, is VACATED to be re-set as necessary.  Plaintiff shall show cause, in writing, within 14 days, why this case should not be dismissed for failure to prosecute.  If plaintiff

////

1

1 | fails to respond, the undersigned will dismiss this case for failure to prosecute pursuant to Local
2 | Rule 110.
3 |     IT IS SO ORDERED.
4 | DATED: August 28, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2